UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In re: | Case No. 10-78392-MHM |
|---|---|
| RICHARD MAURICE MCFARLIN ANGIE BROADWAY MCFARLIN Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Adam M. Goodman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/25/2010.

2) The plan was confirmed on 10/25/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 07/09/2013.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,600.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,954.12 |
| Less amount refunded to debtor | $57.07 |

**NET RECEIPTS:** $15,897.05

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $731.82 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,481.82

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Bank of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES LL( | Unsecured | 2,398.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES LL( | Unsecured | 2,112.00 | 2,407.86 | 2,407.66 | 176.11 | 0.00 |
| CHRYSLER FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 885.88 | 885.88 | 64.80 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 512.08 | 512.08 | 37.46 | 0.00 |
| eCAST SETTLEMENT CORPORATION | Unsecured | 0.00 | 1,130.13 | 1,130.13 | 82.66 | 0.00 |
| FIA CARD SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Georgia Department of Revenue | Secured | 268.00 | 371.25 | 371.25 | 0.00 | 0.00 |
| Georgia Department of Revenue | Unsecured | 0.00 | 283.22 | 283.22 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 211.13 | 211.13 | 15.44 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 794.00 | 1,142.29 | 1,142.29 | 1,142.29 | 0.00 |
| NISSAN-INFINITI LT | Unsecured | 0.00 | 6,534.25 | 6,534.25 | 477.95 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, I | Unsecured | 1,089.00 | 1,089.15 | 1,089.15 | 79.67 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, I | Unsecured | 0.00 | 781.05 | 781.05 | 57.13 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Auto Finance | Unsecured | NA | 0.00 | 241.37 | 17.66 | 0.00 |
| Wells Fargo Auto Finance | Secured | 22,087.00 | 8,991.67 | 8,750.00 | 8,750.00 | 489.22 |
| WORLD ACCEPTANCE CORPORATIO | Unsecured | 0.00 | 339.65 | 339.65 | 24.84 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $8,750.00 | $8,750.00 | $489.22 |
|     All Other Secured | $371.25 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,121.25** | **$8,750.00** | **$489.22** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $1,142.29 | $1,142.29 | $0.00 |
| **TOTAL PRIORITY:** | **$1,142.29** | **$1,142.29** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$14,415.57** | **$1,033.72** | **$0.00** |

| **Disbursements:** | |
|---|---:|
|     Expenses of Administration | $4,481.82 |
|     Disbursements to Creditors | $11,415.23 |
| **TOTAL DISBURSEMENTS :** | **$15,897.05** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/11/2013　　　　　　　　　　　By: /s/ Adam M. Goodman
　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

IN RE: )  CASE NO. 10-78392-MHM
RICHARD MAURICE MCFARLIN )
ANGIE BROADWAY MCFARLIN )
)
DEBTORS )

### CERTIFICATE OF SERVICE

This is to Certify that I have this day served

   RICHARD MAURICE MCFARLIN
   ANGIE BROADWAY MCFARLIN
   9358 WOODLOOP CT
   JONESBORO, GA  30238

   CHRISTOPHER CAROUTHERS
   2250 NORTH DRUID HILLS RD
   SUITE 131
   ATLANTA, GA  30329

with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED: 09/11/2013

                                                        /S/
                                     Adam M. Goodman, Chapter 13 Trustee
                                     State Bar No. 300887
                                     STANDING CHAPTER 13 TRUSTEE
                                     260 PEACHTREE STREET
                                     SUITE 200
                                     ATLANTA, GA  30303
                                     (678)510-1444
                                     trustee@13trusteeatlanta.com

**UST Form 101-13-FR-S (9/1/2009)**